

# NUMBER 13-22-00223-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF XAVIER ARRISOLA AND LINDSAY DENISE ROSCHETZKY AND IN THE INTEREST OF X.B.A.

---

### On appeal from the 36th District Court
### of Bee County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Silva

On May 13, 2022, appellant filed a notice of appeal. On May 16, 2022 and June 2, 2022, the Clerk of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee. The Clerk of this Court further notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the notices. TEX. R. APP. P. 42.3(b), (c).

Appellant has not paid the filing fee nor otherwise responded to the notices from the clerk which required a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
21st day of July, 2022.